UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FORTINO GONZALEZ #761448,

        Plaintiff,

v.

UNKNOWN HENLEY,

        Defendant.

                                  /

Case No. 2:16-CV-266

HON. GORDON J. QUIST

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

On April 27, 2018, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court deny Defendant's motion for summary judgment based on Plaintiff's failure to exhaust his administrative remedies. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the April 27, 2018, Report and Recommendation (ECF No. 13) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment Based on Plaintiff's Failure to Exhaust Administrative Remedies (ECF No. 10) is **DENIED**.

Dated: May 16, 2018                              /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                       UNITED STATES DISTRICT JUDGE